1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS CACERES, an individual, and MARLENE CACERES, an individual, | Case No.:  SACV 13-00542-JLS (RNBx) |
| Plaintiffs, | **ORDER DIMISSING CASE WITH PREJUDICE** |
| v. | |
| BANK OF AMERICA, N.A. a business entity; and Does 1-100, inclusive, | Complaint Filed:   October 3, 2012 |
| Defendants. | Trial Date:          September 30, 2014 |

Pursuant to the joint stipulation of dismissal executed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is HEREBY ORDERED, ADJUDGED AND DECREED:  The above entitled action is dismissed with prejudice and each party shall bear their owns fees and costs

SO ORDERED:

Dated:  August 12, 2014

_____

Honorable Josephine L. Staton
United States District Judge